UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
<u>                                                      </u>

| | |
|---|---|
| ANWAR ALKHATIB | Docket No. 13 cv 02337 |
| Plaintiff | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |
| SHAHADAT TUHIN | Docket No. 13 cv 5643 |
| Plaintiff | |
| against | **NOTICE OF CROSS-MOTION** |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |
| BORIS FREIRE and MIRIAM OSCORIO | Docket No. 13 cv 7291 |
| Plaintiffs | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |
| SIMON GABRYS | Docket No. 13 cv 7290 |
| Plaintiff | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |
| ZHENGHUI DONG | Docket No. 14 cv 2980 |
| Plaintiff | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et al. | |
| Defendants | |

1

| | |
|---|---|
| NASRIN CHOWDHURY | Docket No. |
| Plaintiff | 14 cv 2981 |
| against | |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |

**PLEASE TAKE NOTICE**, that based upon the declaration of Lance Grossman dated September 24, 2014, the Memorandum of Law, the exhibits attached hereto and upon all of the pleadings and proceedings had heretofore herein, M &T Bank, the defendant in the above matters of Tuhin, Gabrys and Chowdhury, will cross-move this Court before the Honorable Steven M. Gold, Chief Magistrate Judge, at the United States Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York, on the 25th day of November, 2014 at 2:30pm or as soon thereafter as counsel can be heard for an Order;

    A. Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 9(b);

        i. Dismissing the First, Second and Third Causes of action against M&T Bank in the matter of Tuhin v New York Motor Group, LLC, et. al.(Exhibit "A");

        ii. Dismssing the First, Fourth, Sixth and Seventh Causes of action against M&T Bank in the matter of Gabrys v New York Motor Group, LLC, et. al (Exhibit "B");

        iii. Dismissing the First, Fourth, Sixth, Seventh and Eighth causes of action against M&T Bank in the matter of Chowdhury v New York Motor Group, LLC, et. al (Exhibit "C").

    B. Pursuant to 16 CFR 433 limiting the liability of M&T Bank in the Tuhin, Gabrys and Chowdhury to that of a Holder in Due Course

    C. For such other and further relief as to the Court deems just and proper.

2

**PLEASE TAKE FURTHER NOTICE**, that opposition papers, if any, are to be served in accordance with the schedule Ordered by the Court.

Dated: New York, New York
September 24, 2014

Yours, etc.
*Lance Grossman*
LANCE GROSSMAN
Attorney for Defendant
M &T Bank
233 Broadway-Suite 2220
New York, New York 10279
(212) 571-4649

To:   Schlanger & Schlanger
Attorneys for Plaintiffs
(except Tuhin)
9 East 40th Street-Suite 1300
New York, New York  10016

Ahmad Keshavarz
Attorney for Plaintiff-*Tuhin*
16 Court Streeet-26th Floor
Brooklyn, New York 11241

MFY Legal Services
Attorneys for Plaintiff-*Tuhin*
299 Broadway-4th Floor
New York, New York  10007

LeClair Ryan, LLP
Attorneys for Defendant *Sandanter*
885 Third Avenue-16th Floor
New York, New York  10022

Podvey Meanor Catenacci Hildner Cocoziello & Chattman
Attorneys for Defendant-Capital One Auto Finance, Inc.
One Riverfront Plaza-8th Floor
Newark, New Jersey  07102

Bruce Minsky, Esq.
Attorneys for Defendants
*New York Motor Group, LLC, Planet Motor Cars, Inc.*
*Mamdoh Eltouby and Nada Eltouby*
112 Brick Church Road
New Hempstead, New York 10977

3