UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANWAR ALKHATIB | Docket No. 13 cv 02337 |
| Plaintiff | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |
| SHAHADAT TUHIN | Docket No. 13 cv 5643 |
| Plaintiff | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |
| BORIS FREIRE and MIRIAM OSCORIO | Docket No. 13 cv 7291 |
| Plaintiffs | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |
| SIMON GABRYS | Docket No. 13 cv 7290 |
| Plaintiff | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |
| ZHENGHUI DONG | Docket No. 14 cv 2980 |
| Plaintiff | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et al. | |
| Defendants | |

| | |
|---|---|
| NASRIN CHOWDHURY | Docket No. |
| | 14 cv 2981 |
| Plaintiff | |
| against | |
| NEW YORK MOTOR GROUP, LLC, et. al | |
| Defendants | |

# DEFENDANT M&T BANK'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS TUHIN AND GABRYS MOTION TO AMEND AND IN SUPPORT OF CROSS-MOTION TO DISMISS

LANCE GROSSMAN
*Attorney for M & T Bank*
233 Broadway-Suite 2220
New York, New York  10279
**(212) 571-4649**

# TABLE OF CONTENTS

**TABLE OF AUTHORITIES**..................................................................................... v

**STATEMENT OF FACTS**......................................................................................... 1

**LEGAL ARGUMENTS**

    **POINT I-**

    PLAINTIFFS TUHIN & GABRYS MOTION TO AMEND
    THEIR COMPLAINTS MUST BE DENIED......................................................... 1

    **POINT II**

    PLAINTIFFS TUHIN AND GABRYS HAVE FAILED TO SET FORTH A
    VIABLE CAUSE OF ACTION ALLEGING A VIOLATION OF THE
    RACKETEERING INFLUENCED CORRUPT ORGANIZATION ACT
    BY M&T BANK AND THEIR MOTION TO AMEND MUST BE DENIED.
    THE FIRST CAUSE OF ACTION IN THE CHOWDHURY COMPLAINT
    MUST BE DISMISSED........................................................................................ 6

    **POINT III**

    PLAINTIFF TUHIN'S APPLICATION TO AMEND TO CLARIFY A
    THEORY OF DIRECT LIABILITY CONCERNING M&T BANK UNDER
    THE FEDERAL TRUTH AND LENDING ACT ("TILA")MUST BE
    DENIED AND THE CROSS-MOTION TO DISMISS THESE CLAIMS
    AGAINT M&T BANK MUST BE GRANTED................................................... 16

        i. M&T Bank as an assignee of the Retail Installment
        Contract has no liability under the TILA...................................... 16

        ii. The Plaintiff Tuhin has failed to demonstrate any
        violation of the provisions of the Truth In Lending Act
        and Regulation "Z"........................................................................ 16

    **POINT IV**

    PLAINTIFFS' APPLICATION TO AMEND THE COMPLAINT
    CLAIMING A VIOLATION OF NEW YORK USURY LAW MUST BE
    DENIED AND THE CLAIMS MUST BE DISMISSED...................................... 21

**POINT V**

PLAINTIFFS' APPLICATION TO AMEND THE COMPLAINT
REGARDING A CLAIM FOR VIOLATION OF NEW YORK
GENERAL BUSINESS LAW 349 MUST BE DENIED AND
THE CLAIMS MUST BE DISMISSED............................................................  21

**POINT VI**

PLAINTIFF TUHIN'S SECOND CAUSE OF ACTION
ALLEGING A VIOLATION OF THE MAGNUSON MOSS
WARRANTY ACT AGAINST M&T BANK MUST BE DISMISSED........  22

**CONCLUSION**......................................................................................................  26

# **TABLE OF AUTHORITIES**

## **CASES**

*Angelillo v Harte Nissan, et. ano.* 2010 US Dist. Lexis 13895 (SDNY 2010)......... 16

*Arenson v. Whitehall Convalescent & Nursing Home, Inc*
   880 F. Supp. 1202 (N D. Ill. 1995)................................................. 9

*Ashcroft v Iqbal*, 556 US 662.(2009)........................................................ 3, 10

*Ass'n of Cleveland Firefighters v. City of Cleveland, Ohio*...................................... 7
   502 F.3d 545 (6th Cir. 2007).

*ATSI Commc'ns, Inc. v. Shaar Fund, Ltd.*, 493 F.3d 87(2d Cir.2007)....................... 2

*Bell Atlantic Corp. v Twombly,* 550 US 554 (2007)....................................... 2, 3, 4, 10

*Biofeedtrac, Inc. v. Kolinor Optical Enterprises & Consultants, S.R.L.*
   832 F. Supp. 585 (E.D.N.Y. 1993)................................................. 9

*Boyle v. United States*, 129 S. Ct. 2237 (2009)............................................ 7, 8, 10

*Chera v. Chera*, No. 99 cv 7101, 2000 WL 1375271
   (E.D.N.Y. Sep. 20, 2000)................................................................. 11, 12

*Cofacrèdit, v Windsor Plumbing Supply,* 187 F.3d 229 (2nd Cir. 1999)..................... 13

*Conte v. Newsday*, 703 F. Supp. 2d 126 (E.D.N.Y. 2010)............................................ 8

*Crichton v. Golden Rule Ins. Co.*, 576 F.3d 392 (7th Cir. 2009)................................ 8

*DeFalco v. Bernas,* 244 F.3d 286 (2d Cir.2001)............................................... 6, 12

*Enobakhare v Carpoint,* LLC, 2010 Lexis 141481 (EDNY 2010)................................ 18, 23

*Freund v. Lerner*, No. 09 CV 7117(HB),
   2010 WL 3156037 (S.D.N.Y. Aug. 10, 2010)................................................. 8

*GICC Capital Corp., v Technology Finance Group*, 67 F.3d 463 (2d Cir. 1995)........ 7

*Goldfine v Sichenzia*, 118 F. Supp. 2d 392 (SDNY 2000)............................................ 5

*Greenberg v. Blake*,   2010 WL 2400064 (E.D.N.Y. June 10, 2010).......................... 7

*Gross v Waywell* 2009 US Dist. LEXIS 52599 (S.D.N.Y. 2009)................................. 5

*H.J. Inc., v Northwestern Bell,* 492 U.S. at 241 (1988).................................................. 12

*Hirsch v Citibank,* 13cv1172 (2$^d$ Cir. 2013)................................................................... 21

*Jackson v. Sedgwick Claims Mgmt. Srvcs., Inc.,*,
    2010 WL 931864 (E.D. Mich. Mar. 11, 2010)................................................... 9

*Leeds v. Meltz*, 85 F.3d 51 (2d Cir.1996)......................................................................... 2

*Lerner v. Fleet Bank*, 459 F.3d 273, 290 (2d Cir.2006)................................................. 15

*Levyas v. Bank of Am.*, 601 F.Supp.2d 1201 (S.D. Cal. 2009)....................................... 10

*Mason v American Tobacco Co.*, 346 F3d 36 (2d Cir. 2003)
    cert. denied 541 U.S. 1057 (2004)..................................................................... 3

*Mills v. Polar Molecular Corp.*, 12 F.3d 1170 (2d Cir.1993).......................................... 12

*Myers v. Lee*, 2010 WL 3745632 (E.D. Va. Sep. 21, 2010)............................................. 8

*NOW v. Scheidler*, 510 U.S. 249 (1994)........................................................................ 10

*Ouwinga v. John Hancock Variable Life Ins.*,
    2010 WL 4386931 (W.D. Mich. Oct. 29, 2010).................................................. 8

*Papasan v Allain*, 478 U.S. 265, 286 (1986)................................................................... 3

*Polycast Tech. Corp. v. Uniroyal, Inc.*, 728 F.Supp. 926 (S.D.N.Y.1989)..................... 12

*Reeves v Ernst & Young*, 113 S.Ct 1163, 1173(1993)................................................. 8, 9

*Richmond v. Nationwide Cassel, L.P.*, 52 F.3d 640 (7th Cir. 1995)................................ 7

*Ruotolo v City of New York*, 514 F3d 184 (2d. Cir. 2008).............................................. 1

*Schlessinger v. Valspar Corporation,* 21 NY3d 166 *(2013)*........................................... 22

*Schimmer v Jaguar Car,* 384 F3d 402 (7th Cir. 2004)..................................................... 25

*Schmidt v. Fleet Bank*, 16 F. Supp. 2d 340 (S.D.N.Y. 1998).......................................... 5

*Sedima, S.P.R.L. v. Imrex Co., Inc.*, 473 U.S. 479 (1985)................................ 4, 5, 11, 15

*Sky Med. Supply, Inc. v. SCS Support Claims Servs.*,
    2014 U.S. Dist. LEXIS 63242 (E.D.N.Y. 2014)................................................ 13

*Spool v World Child International Adoption Agency*,
    520 F3d 178 (2d Cir. 2008)............................................................................ 11, 12, 13, 14

*United Food & Commercial Workers Union. Local 919, AFL-CIO v.*
    *Centermark Props. Meriden Square, Inc.,* 30 F.3d 298 (2d Cir. 1994)................ 25

*United States v. Aulicino*, 44 F.3d 1102 (2d Cir.1995)...................................................... 13

*United States v. Indelicato*, 865 F.2d 1370 (2d Cir.1989)................................................. 13

*Vicon v. Fiber Optics Corp. v. Scrivo*, 201 F. Supp. 2d 216 (S.D.N.Y. 2002)............... 11

*Vincent v Money Store, LLP*, 736 F3d 88 (2d Cir. 2013)...................................... 17, 18

*Watral v. Silvernails Farm, LLC*, 51 Fed. Appx. 62 (2d Cir. 2002)...................................... 13

## STATUTES

Federal Rule of Civil Procedure 8 ................................................................................. 3, 4

Federal Rule of Civil Procedure 9................................................................................. 2, 12, 15

Federal Rule of Civil Procedure 12(b)(6)................................................................................. 2

Federal Rule of Civil Procedure 15(a)(2)................................................................................. 2

15 USC 1601, 1602................................................................................................. 16, 19, 20

15 USC 1638................................................................................................................... 18

Regulation Z.................................................................................................................. 18, 19, 20

18 USC 1962................................................................................................................. 6, 7, 8, 10

15 USC 2301, et. seq................................................................................................. 22, 23, 24

New York Banking Law Section 14-a..................................................................................., 21

New York Vehicle & Traffic Law 417................................................................................. 21

New York General Business Law Section 349.................................................................... 22

## TREATISES

21 St. Marys Law Journal.. Diversity Jurisdiction and Civil Rico (Rehnquist,W. 1989).......... 15